**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Willie Lamark WATERS, a/k/a Boom Boom, a/k/a Bang 'em up, a/k/a Mark, Defendant-Appellant.**

**No. 17-7344**

United States Court of Appeals, Fourth Circuit.

Submitted: January 30, 2018

Decided: February 2, 2018

Willie Lamark Waters, Appellant Pro Se. Darryl James Mitchell, Alan Mark Salsbury, Assistant United States Attorneys, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Lamark Waters appeals the district court's order denying his motion for a sentence reduction filed pursuant to 18 U.S.C. § 3582(c)(2) (2012) and Amendment 782 to the *U.S. Sentencing Guidelines*. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Waters*, No. 2:07-cr-00022-AWA-FBS-1 (E.D. Va. Sept. 22, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*